DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL GHANEM,**
Appellant,

v.

**DARLENE DIAK GHANEM** n/k/a **DARLENE DIAK,**
Appellee.

No. 4D2022-3273

[February 29, 2024]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura C. Burkhart, Judge; L.T. Case No. 50-2015-DR-004206-XXXX-SB.

Vanessa L. Prieto of Vanessa L. Prieto Law Offices, L.L.C., Fort Lauderdale, for appellant.

Nancy A. Hass of Nancy A. Hass, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***